UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MARLO WASHINGTON,
    Plaintiff,

vs.                                          Case No.:  3:22cv4262/LAC/ZCB

STATE OF FLORIDA,
    Defendant.
_____/

## ORDER

The magistrate judge issued a Report and Recommendation on October 13, 2022.  (Doc. 22).  The Court furnished the plaintiff a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of the timely filed objections.

Having considered the Report and Recommendation and the timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.    The magistrate judge's Report and Recommendation (Doc. 22) is adopted and incorporated by reference in this order.

2. Plaintiff's "Motion for Preliminary Injunction and/or Protective Order" (Doc. 12) is **DENIED**.

**DONE AND ORDERED** this 14th day of November, 2022.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**